# United States Bankruptcy Court
## Southern District of Ohio

In re  **Michael J. Nolan**                                                       Case No.
                            Debtor(s)                                             Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **September 19, 2016**                /s/ **Michael J. Nolan**
                                              **Michael J. Nolan**
                                              Signature of Debtor